Chetwood *v.* Wood.

BLANCHE CHETWOOD, executrix &c., appellant,

*v.*

MARY S. WOOD, executrix &c., respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Wood* v. *Chetwood, 17 Stew. Eq. 64.*

*Mr. Cortlandt Parker*, for the appellant.

*Mr. R. V. Lindabury*, for the respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.